SEALED

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Sep 23, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
LANCE ADAMS

*Defendant(s)*

Case No. 1:25-mj-00108-SKO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 12, 2025 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm<br><br>Maximum Penalties:<br>15 yrs in prison, $250,000 fine, 3 years of supervised realease, $100 special fee. |

This criminal complaint is based on these facts:

See Affidavit of Task Force Office David Fenstermaker, attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

David Fenstermaker
*Complainant's signature*

David Fenstermaker, HSI Task Force Office
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by email transmission and telephone.

Date: 09/23/2025

Sheila K. Oberto
*Judge's signature*

City and state: Fresno, California

Hon. Sheila K. Oberto, U.S. Magistrate Judge
*Printed name and title*

Print | Save As... | Attach | Reset

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LANCE ADAMS,<br>Defendant. | CASE NO.<br><br>AFFIDAVIT OF HSI TASK FORCE OFFICER DAVID FENSTERMAKER |

I, David Fenstermaker, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

### A. Purpose of Affidavit.

1. This affidavit supports a complaint and arrest warrant charging Lance ADAMS with a violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm and ammunition.

2. The facts in this affidavit come from my observations, my training and experience, and information related to me by other law enforcement officers and agents. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### B. Affiant's Background.

3. I am a Task Force Officer (TFO) with the United States Department of Homeland Security ("DHS")/ Immigration and Customs Enforcement/ Homeland Security Investigations ("HSI"), presently assigned to the Office of the Resident Agent in Charge, Fresno, California ("HSI Fresno"). As such, I am a "Federal Law Enforcement Officer" within the meaning of FED.R.Crim. P. 41(a)(2)(C). As a TFO, I am authorized by law or a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. I have been deputized as a federal law enforcement officer under Title 21, United States Code Section 878.

4. I am employed by the City of Fresno Police Department and have been a full-time sworn Peace Officer in the State of California and previously the State of Pennsylvania for the past 24 years.

5. My peace officer experiences include patrol duties, special assignments, and investigations. I was previously assigned to the Street Violence Bureau - Felony Assault Unit, where my duties ranged from assisting in homicide crime scenes to investigating carjacking, shootings, stabbings, home invasions, suspicious deaths, and felony assaults. I am currently assigned to Homeland Security Investigations, where my duties include investigating the sales and transportation of firearms and narcotics, the illegal possession of firearms, human trafficking, sexual exploitation, terrorism, and gangs. Additional responsibilities include Crisis Negotiation as well as being assigned to the Fentanyl Overdose Resolution Team (FORT), which is comprised of Special Agents and Task Force officers from HSI, the Drug Enforcement Administration (DEA), the Fresno Police Department (FPD), the Clovis Police Department (CPD), and the Fresno Sheriff's Office. FORT responds to and investigates suspected fentanyl overdoses, fatal and non-fatal, and conducts investigations to identify the source of supply.

6. I have received over 4,000 hours of training related directly to criminal investigations in sexual assault, domestic violence, officer-involved shootings, interview/interrogations, search warrants, narcotics, firearms, gangs, and homicides.

7. I am familiar with the facts and circumstances of the investigation through discussions with other law enforcement and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this declaration I assert that a statement was made, the information was provided by another agent, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement, and to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among many made by others and are stated in substance and part unless otherwise indicated. Since this declaration is being submitted to secure a search warrant for the above items, I have not included details of every aspect of the investigation. Facts not set forth herein are not being relied upon in reaching my conclusion that the requested order should be issued. Nor do I ask that this Court rely on any facts not set forth herein in reviewing this application.

## II. SUMMARY OF PROBABLE CAUSE

8. On September 12, 2025, police executed two arrest warrants for Lance Adams at The Five restaurant in Fresno. The warrants involved violations of California Penal Code and were issued after he cut off his ankle monitor and absconded from parole. When officers arrested him, they seized a loaded black Springfield XD handgun with eighteen 9mm bullets tucked into his front waistband. Adams has

several felony convictions punishable by more than a year of prison, and was actually sentenced to more than a year in prison for many of those convictions. An ATF special agent reviewed and verbally indicated that the handgun was not manufactured outside of California, affecting interstate commerce. Therefore, there is probable cause to issue an arrest warrant for Lance Adams.

## III. PROBABLE CAUSE

9. On September 12, 2025, Fresno Police Department officers were dispatched to The Five restaurant in Fresno after receiving a call from an off-duty parole agent for a wanted person. The off-duty parole agent recognized Lance **ADAMS** and notified police that **ADAMS** was at the restaurant.

10. **ADAMS** had two actives arrest warrants. One warrant was issued for violations of California Penal Code 290.013(a), and the second warrant was issued for numerous charges, including domestic-violence related charges. The warrants were issued after **ADAMS** cut off his ankle monitor and absconded. He was ordered to wear the ankle monitor while on parole. The dispatched officers called the Fresno County Sheriff's Department, and confirmed that both warrants were still active and that ADAMS was on parole but had recently cut off his ankle monitor.

11. Officers arrived at the restaurant and waited for **ADAMS** to come out of the restaurant. All officers present viewed a prior Fresno County Jail booking photo of **ADAMS** in preparation for the arrest. When **ADAMS** left the restaurant, officers identify and approached him to execute the arrest warrant. While detaining **ADAMS**, officers asked "Do you have any weapons on you." **ADAMS** replied that he did and that it was in "my pants."

12. The officer then removed a loaded black compact Springfield CD handgun with eighteen bullets from **ADAMS's** front waistband area. See Figure 1.

*Figure 1: Firearm recovered from ADAMS's Waistband.*



13. Officers then arrested **ADAMS** and transported him to FPD headquarters for processing. **ADAMS** was fingerprinted at headquarters, which confirmed his identity.

14. I reviewed **ADAM's** record of arrest and prosecutions (RAP Sheet), which shows that he has been convicted of felonies in the State of California, punishable by more than a year of imprisonment. The RAP Sheet included the following felony convictions:

a. Fresno County Superior Court, Case No. F17906866, VC-TAKE VEH W/O OWN CONSENT/VEH THEFT, violating California Penal Code, Section 10851(a), was sentenced to 548 days in jail on or about May 2, 2018.

b. Fresno County Superior Court, Case No. F18906918, VC-TAKE VEH W/O OWN CONSENT/VEH THEFT, violating California Penal Code, Section 10851(a), was sentenced to 365 days in jail on or about January 22, 2019.

c. Fresno County Superior Court, Case No. F19900666, ADW W/ FORCE: POSSIBLE GBI-GREAT BOD INJ - ENHANCEMENT, violating California Penal Code, Section 245(a)(4), was sentenced to 2 years in prison on or about April 30, 2019.

d. Fresno County Superior Court, Case No. F20908191, REG as an SX OFF, violating California Penal Code, Section 290.015(a), was sentenced to 32 months in prison on or about April 15, 2022.

e. Fresno County Superior Court, Case No. F24901596, SX OFF FAIL ANNUAL UPDATE, violating California Penal Code, Section 290.012(a), was sentenced to 32 months in prison on or about May 14, 2024.

15. On September 19, 2025, a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent, who has specialized training in the manufacture, origin, and identification of firearms, reviewed the firearm and verbally indicated the Springfield XD-9, model 3.8, 9mm, pistol, was not manufactured in the state of California, and therefore, traveled in and affected interstate commerce. Additionally, evidence photographs show the words "Made in Croatia" printed on the side of the pistol grip. See Figure 2.

*Figure 2: Photograph of the Handgun's "Made in Croatia" Label.*



## IV. CONCLUSION

16. Based on the above facts and circumstances described in this Affidavit, there is probable cause to believe that Lance **ADAMS** suffered felony convictions resulting in more than a year imprisonment, possessed a firearm and/or ammunition, and knew or should have known that his felony convictions were punishable by more than a year, and that the firearm was transferred in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

David Fenstermaker
_________________________
David Fenstermaker
Task Force Officer
Homeland Security Investigations, HSI

This Affidavit was submitted to me by reliable electronic means and attested to me as true and accurate by telephone, consistent with the requirements of Fed. R. Crim. P. 4.1 on September 23, 2025.

Sheila K. Oberto
_________________________
Hon. Sheila K. Oberto
United States Magistrate Judge

Reviewed as to form:

_______________
/s/ Cody Chapple
CODY CHAPPLE
Assistant U.S. Attorney