FILED
Oct 09, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LANCE ADAMS,

Defendant.

CASE NO. 1:25-cr-00218 KES EPG

ORDER TO UNSEAL CRIMINAL INDICTMENT AND ARREST WARRANT

Defendant Lance Adams has been arrested based on an arrest warrant issued by a judicial officer in the Eastern District of California. The warrant was issued along with a criminal indictment that charges him with 18 U.S.C. § 922(g)(1): felon in possession of a firearm. Because Lance Adams has now been arrested, there is no need for the indictment and arrest warrant to remain sealed. Accordingly, the criminal indictment and arrest warrant for Lance Adams are now unsealed.

SO ORDERED.

Dated: October 9, 2026

Honorable Erica P. Grosjean
United States Magistrate Judge
Fresno, California